IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
ENTERED

SEP 1 2 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BELUN INTENG, *et al.* | § § | |
| VS. | § § | CIVIL NO. G:04cv524 |
| HORIZON OFFSHORE CONTRACTORS, INC., *et al.* | § § § | |

## ORDER

This case hereby is administratively closed, pending settlement, without prejudice to any party to re-open the case within thirty (30) days from this date, for exceptional cause shown.

IT IS SO ORDERED this ____8____ day of September, 2005.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE